**JUDGE: BURGESS**

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | **No. CR05-5839FDB** |
| | ) | |
| v. | ) | **ORDER** |
| | ) | **CONTINUING PRE-TRIAL** |
| MELISSA VANESSA WOOLRIDGE, | ) | **MOTIONS CUTOFF DATE** |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Defendant MELISSA VANESSA WOOLRIDGE, by and through her attorney, RONALD

D. NESS, of Ronald D. Ness and Associates, is requesting that the pre-trial motions cutoff date

currently set for December 30, 2005 be continued two weeks to January 13, 2006, and that the U.S.

Attorney has telephonically agreed to continue the pretrial motions cut-off date for two weeks to

January 13, 2006, and such a continuance is necessary for effective case preparation and would serve

the ends of justice and outweigh the best interests of the public and the defendant in a speedy trial;

therefore,

//

//

//

(PROPOSED) ORDER
CONTINUING PRE-TRIAL
MOTIONS CUTOFF DATE.. 1

IT IS HEREBY ORDERED that the pre-trial motions cutoff date is continued from December 30, 2005 to January 12, 2006.

DONE this 3rd day of January, 2006.


_____
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE



Presented by:


/s/ RONALD D. NESS_____
State Bar Number 5299
Ronald D. Ness & Associates
420 Cline Avenue
Port Orchard, WA 98366
Telephone: (360) 895-2042
Fax: (360) 895-3602
E-Mail: info@nesslaw.com

Approved by:


/s/ DAVID JENNINGS_____
Assistant U.S. Attorney


(PROPOSED) ORDER
CONTINUING PRE-TRIAL
MOTIONS CUTOFF DATE.. 2

CERTIFICATE OF SERVICE


I hereby certify that on December 30th, 2005, I electronically filed the foregoing with the Clerk

of the Court using the CM/ECF system which will send notification of such filing to the attorney(s)

of record.    I hereby certify that I have served the attorney(s) of record, if any, that are non CM/ECF

participants via telefax.


/s/ Linda L. Malcom
Legal Assistant
Ronald D. Ness & Associates
420 Cline Avenue
Port Orchard, WA 98366
Phone: (360) 895-2042
Fax:    (360) 895-3602
E-mail: info@nesslaw.com


(PROPOSED) ORDER
CONTINUING PRE-TRIAL
MOTIONS CUTOFF DATE.. 3