Judge Franklin D. Burgess

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | NO. CR05-5839FDB |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER EXTENDING DEADLINE |
| ) | FOR GOVERNMENT TO FILE A |
| ) | RESPONSE TO DEFENDANT'S |
| MELISSA VANESSA WOOLRIDGE, ) | MOTION TO SUPPRESS |
| ) | |
| Defendant. ) | |

THIS MATTER having come before the Court on the parties Stipulated Motion to Extend Deadline for Government to File a Response to Defendant's Motion to Suppress, and the Court being fully advised on the matter,

IT IS HEREBY ORDERED that the deadline for the Government to files its response shall be extended to February 3, 2006.

DATED this 23rd day of January, 2006.

*/s/ Franklin D. Burgess*

FRANKLIN D. BURGESS
United States District Judge

Presented by:

s/ David Reese Jennings             s/ Ronald D. Ness
DAVID REESE JENNINGS                RONALD D. NESS
Assistant United States Attorney    Attorney for Defendant

STIPULATED MOTION TO EXTEND RESPONSE DATE/WOOLRIDGE - 1
CR05-5839FDB

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970