Judge Franklin D. Burgess

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) NO. CR05-5839FDB |
| v. | ) ORDER TO CONTINUE TRIAL |
| MELISSA VANESSA WOOLRIDGE, | ) |
| Defendant. | ) |

The Court having reviewed the records and files herein including the stipulated motion to continue the pretrial motions cutoff date and trial date makes the following findings and enters the following Order:

1.   Initial plea negotiations have begun. Therefore, additional time is necessary for the government and defendant to meet and confer regarding a pretrial resolution.

2.   Defendant requires additional time to consider and file any pretrial motions.

3.   Absent a plea agreement in this case, the parties would require additional time to fully prepare for trial.

4.   The ends of justice outweigh the best interest of the public and the defendant in a speedy trial. That failure to grant a continuance based upon the parties' need to prepare the matter for trial and to ensure that defense counsel is available for trial would result in a miscarriage of justice.

[PROPOSED] ORDER TO CONTINUE TRIAL/WOOLRIDGE - 1
CR05-5839FDB

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1        5.    The government and defendant has requested and stipulated to a continuance and the defendant must sign and file a written waiver of speedy trial which must be filed no later than February 6, 2006.

      IT IS HEREBY ORDERED that the pretrial motions cutoff date for defendant is continued until March 28, 2006.

      IT IS HEREBY ORDERED that the trial date is continued from February 6, 2006 to May 15, 2006. The period of delay resulting from this continuance from February 6, 2006, up to and including the new trial date of May 15, 2006, is hereby excluded for speedy trial purposes under 18 U.S.C. §3161(h)(8)(A) and (B).

      DATED this 23rd day of January, 2006.

_____
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented by:

s/ David Reese Jennings
DAVID REESE JENNINGS
Assistant United States Attorney


s/ Ronald D. Ness
RONALD D. NESS
Attorney for Defendant

[PROPOSED] ORDER TO CONTINUE TRIAL/WOOLRIDGE - 2
CR05-5839FDB

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970